**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MARSHALL J.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-25-1104-J |

**ORDER**

The Commissioner of Social Security denied Plaintiff's application for benefits and he sought judicial review. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). After briefing and review, Judge Mitchell issued a Report and Recommendation recommending the Court reverse the Commissioner's decision and remand the matter for further consideration. [Doc. No. 18]. The objection deadline was August 18, 2026. *See id.* No party objected and each has waived de novo review. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. No. 18] is ADOPTED. The Commissioner's final decision is REVERSED, and the matter is REMANDED for further administrative proceedings.

A separate judgment will enter.

IT IS SO ORDERED this 20th day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE